UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER G. COLLINS and FIRE AND POLICE EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BALTIMORE,

Plaintiff,

- against -

SYCAMORE PARTNERS MANAGEMENT, L.P.,

Defendant.

**ORDER**

26 misc. 482 (ER)

Ramos, D.J.:

On September 30, 2026, Collins and Fire and Police Employees' Retirement System of the City of Baltimore (together, "Plaintiffs") filed a motion to compel Sycamore Partners Management, L.P. ("Sycamore") to produce documents pursuant to a third-party subpoena. Doc. 1. Accordingly, Sycamore's response is due **October 21, 2026**, and Plaintiff's reply is due **October 28, 2026**.

A hearing will be held on **November 5, 2026, at 10:00 a.m.** at the Thurgood Marshal United States Courthouse, 40 Centre Street, New York, NY 10007, Courtroom 619.

Plaintiffs are directed to serve a copy of this order on Sycamore and file proof of service on ECF by Friday, **October 9, 2026**.

It is SO ORDERED.

Dated: October 7, 2026
New York, New York

Edgardo Ramos, U.S.D.J.